**Order entered May 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01388-CR

### MARCUS LEE HOLMQUIST, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. CR13-0496**

## ORDER

Appellant's April 30, 2014 third motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **May 21, 2014**.


/s/     LANA MYERS
        JUSTICE